IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 95-03037-01-CR-S-ODS |
| | ) | |
| JOHN GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER (1) REDUCING TERM OF SUPERVISED RELEASE, AND (2) TRANSFERRING CASE

Defendant has completed the Re-Entry Court Program. Defendant's term of supervised release is reduced from 5 years to 3 years. Since Defendant has successfully completed the Re-Entry Court Program, the referral to Magistrate Judge David P. Rush is terminated.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
_____
Ortrie D. Smith, District Judge
United States District Court

Date: September 11, 2013