IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 95-03037-01-CR-S-ODS |
| ) | |
| JOHN GRAY, a/k/a Jon Gray, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant commenced a five-year term of supervised release on August 20, 2012. Defendant successfully participated in the Re-Entry Court Program, and on September 11, 2013 his term of supervised release was reduced to three years. In August 2014 Defendant asked that his supervised release be terminated. The request was denied without prejudice to being refiled after Defendant successfully completed thirty months of supervised release.

Now pending is Defendant's Second Motion for Early Termination of Supervised Release. The Government has no objection to the motion being granted.

The Court has considered the factors set forth in 18 U.S.C. § 3553(a), made applicable pursuant to 18 U.S.C. § 3583(e)(1), and concludes those factors favor termination of Defendant's supervised release. Accordingly, the motion (Doc. # 98) is granted, and Defendant's supervised release is hereby terminated.

IT IS SO ORDERED.

*/s/ Ortrie D. Smith*
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT

DATE: February 25, 2015